IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADRIAN QUINN BROWN-SONDER,<br><br>　　　　Defendant.<br>_____ | Case No. 2:15-cr-00029-EJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　　The Court has before it a Report and Recommendation filed by the United States Magistrate Judge.  Defendant appeared before the Magistrate Judge to enter a change of plea.  The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty and is entered voluntarily and with full knowledge of the consequences.  No objections to the Report and Recommendation have been filed.

　　　　The Court now has reviewed the record, and finds that the requirements of Rule 11 have been met.  *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).  Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists.  *See id.*  Accordingly,

　　　　NOW THEREFORE IT IS HEREBY ORDERED that the Report and

**Order Adopting Report and Recommendation - 1**

Recommendation (Dkt. 21) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant ADRIAN QUINN BROWN-SONDER is found to be GUILTY to the crime charged in Count One.

DATED: **June 11, 2015**

Honorable Edward J. Lodge
U. S. District Judge

**Order Adopting Report and Recommendation - 2**